UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

QT MANDALAY RD., LLC,

    Plaintiff,

v.                                    Case No.:  2:25-cv-00703-SPC-KCD

INTEGON NATIONAL
INSURANCE COMPANY,

    Defendants.
_____/

## OPINION AND ORDER

This matter comes before the Court after review of the docket.  Plaintiff QT Mandalay Rd., LLC brought this action in state court.  (Doc. 1-1).  Defendant Integon National Insurance Company removed.  (Doc. 1).  Because Defendant failed to properly allege the citizenship of both itself and Plaintiff, the Court ordered them to supplement to avoid remand.  (Doc. 5).  The parties have since filed a joint stipulation and have agreed to remand this matter to the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, Case No. 25-CA-003486.  (Doc. 16).  The Court approves of the stipulation and will remand the case.

Accordingly, it is now

**ORDERED:**

1. This action is **REMANDED** to the Twentieth Judicial Circuit, in and for Lee County, Florida.

2. The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Twentieth Judicial Circuit, in and for Lee County, Florida.

3. The Clerk is further **DIRECTED** to deny any pending motions as moot, terminate any deadline, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on August 27, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record